IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| General Mills,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Bug Emergency Incorporated, et al.,<br><br>　　　　　　　Defendants. | No. CV-15-08174-PCT-ESW<br><br>**ORDER** |

　　　　The Court has considered Plaintiff's Motion to Dismiss with Prejudice (Doc. 7). The Plaintiff requests the right to reopen this case by motion to enforce settlement should the Defendant default on a settlement payment at some time in the future. The request will be denied. Upon dismissal of this case with prejudice, the case is terminated. Enforcement of the settlement contract must be sought through the initiation of an appropriate cause of action.

　　　　Therefore,

　　　　IT IS ORDERED granting the Motion to Dismiss (Doc. 7). The Complaint is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The request for leave to reopen this case is denied. The Clerk of Court is directed to terminate this case.

　　　　Dated this 12th day of January, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge